UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CAROLYN HICKS-WASHINGTON

          Plaintiff,                  CASE NO: _____

vs.

THE HOUSING AUTHORITY OF THE
CITY OF FORT LAUDERDALE and
TAM ENGLISH

          Defendant.
_____/

**DEFENDANTS'**
**<u>NOTICE OF REMOVAL</u>**

      Defendants, the Housing Authority of the City of Fort Lauderdale (HACFL) and

Tam English ("English"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby gives

notice of the removal to this court of the case styled *Carolyn Hicks-Washington vs. The*

*Housing Authority of the City of Fort Lauderdale and Tam English,* filed in the Circuit

Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, Case No.:

2018-15277.  As grounds for this removal, Defendants state the following:

      1.      On or about June 27, 2018, an action was commenced by the filing of a

Complaint in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward

County, Florida, styled *Carolyn Hicks-Washington vs. The Housing Authority of the City*

*of Fort Lauderdale and Tam English,* Case No. 2018-15277. [1]

---

[1] While the style of the case is captioned for the "United States District Court Southern District of Florida," the Complaint was filed in and the Summons were issued and served through the 17th Judicial Circuit in and for Broward County, Florida.

2.      On July 3, 2018, *pro se* Plaintiff served a copy of Summonses and Complaint on HACFL and Tam English.

3.      True and legible copies of both Summons and the Complaint (which constitute all process, pleadings and orders served upon Defendant) are attached hereto as **Composite Exhibit 1,** in accordance with 28 U.S.C. § 1446(a).

4.      In Counts I and VI of her Complaint, Plaintiff alleges Defendants discriminated and retaliated against her in violation of Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§2000e to 2000e-17 ("Title VII").   In Counts II and V, Plaintiff alleges Defendants discriminated and retaliated against her in violation of Section 1981 of the Civil Rights Act of 1866, as codified, 42 U.S.C. 1981("Section 1981").   In Counts III and VII, she alleges Defendants discriminated and retaliated against her in violation of the Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. § 626, et. seq. ("ADEA").   In Count IV, Plaintiff alleges discrimination in violation of the Florida Civil Rights Act of 1992.   Finally, in Counts VIII, IX and X, Plaintiff alleges defamation *per se,* common law defamation and intentional infliction of emotional distress, respectively, all of which are based on alleged statements made during the investigation of her claims by the U.S. Equal Employment Opportunity Commission.

5.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331 because Plaintiff's Title VII, Section 1981 and ADEA claims arise under the Constitution, laws or treaties of the United States.   Accordingly, this action is removable

to this Court pursuant to 28 U.S.C. §1441(b).  Additionally, this Court may exercise supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367.

6.     This Notice of Removal is timely as it is filed within 30 days of Defendants' receipt of the Complaint by service of process.  28 U.S.C. §1446(b).

7.     Venue is proper in this Court pursuant to 28 U.S.C. §§1441 and 1446(a) because this action originally was brought in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

8.     As required by 28 U.S.C. § 1446(d), Defendants are serving written notice of this Notice of Removal on Plaintiff and will concurrently file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward, Florida.  A copy of the Notice of Filing of Defendants' Notice of Removal to the United States District Court for the Southern District of Florida is attached as **Exhibit 2.**

WHEREFORE, Defendants the Housing Authority of the City of Fort Lauderdale and Tam English respectfully requests this Court to assume jurisdiction of the above-described action now pending in the Seventeenth Judicial Circuit in and for Broward County, Florida, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

Respectfully submitted,

s/ LaShawnda Jackson
LASHAWNDA K. JACKSON
Florida Bar No. 0594482
J. SCOTT KIRK
Florida Bar No. 0224413
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400

300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2018, I filed the original foregoing with the Clerk of the Court.  I further certify that I e-mailed and mailed a copy of the foregoing document to the following:

Carolyn Hicks-Washington
3613 Lime Hill Road
Lauderhill, FL 32801
chwash20031@yahoo.com
(*Pro se* Plaintiff)

                                        s/ LaShawnda Jackson
                                        LASHAWNDA K. JACKSON
                                        Florida Bar No. 0594482
                                        J. SCOTT KIRK
                                        Florida Bar No. 0224413
                                        RUMBERGER, KIRK & CALDWELL
                                        A Professional Association
                                        Lincoln Plaza, Suite 1400
                                        300 South Orange Avenue (32801)
                                        Post Office Box 1873
                                        Orlando, Florida  32802-1873
                                        Telephone:  (407) 872-7300
                                        Telecopier:  (407) 841-2133
                                        E-mail:  skirk@rumberger.com
                                                 ljackson@rumberger.com
                                                 docketingorlando@rumberger.com
                                                 skirksecy@rumberger.com
                                                 ljacksonsecy@rumberger.com

                                        Attorneys for Defendants

11369339.1