UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-61662-CIV-MORENO

CAROLYN HICKS-WASHINGTON,

        Plaintiff,

vs.

THE HOUSING AUTHORITY OF THE CITY
OF FORT LAUDERDALE,

        Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56 and 58, and in accordance with the reasons stated in the Court's Order Granting Summary Judgment on May 30, 2019, judgment is entered in favor of the Defendant The Housing Authority of the City of Fort Lauderdale and against Plaintiff Carolyn Hicks-Washington.

DONE AND ORDERED in Chambers at Miami, Florida, this 31 of May 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Barry S. Seltzer
Counsel of Record

**Carolyn Hicks-Washington**
3613 Lime Hill Road
Lauderhill, FL 33319
252-673-0834
Email: chickswashington@gmail.com
PRO SE

1