UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
---------------------------------------------------X
CAROLYN HICKS-WASHINGTON,　　　　:

　　　　　　　　Plaintiff,　　　　　　　　　　　　:

v.　　　　　　　　　　　　　　　　　　　　　　　　:　　18 Civ. 61662-MORENO/SELTZER

The HOUSING AUTHORITY OF THE　　　:
CITY OF FORT LAUDERDALE,　　　　　　:

　　　　　　　　Defendant.　　　　　　　　　　　:
---------------------------------------------------X

FILED BY ___ D.C.
JUN -7 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## PLAINTIFF'S AMENDED NOTICE OF APPEAL

Notice is hereby given to amend *pro se* Plaintiff Carolyn Hicks-Washington's May 29, 2019 Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit.

The Plaintiff sought to appeal the Judgment of district judge Federico A. Moreno, dated April 30, 2019, which denied the Plaintiff's Fed. R. Civ. P. 59(e) Motion for Reconsideration [Dkt. 68] and refused to amend and/or vacate his February 26, 2019 Order [Dkt. 46]. This Order adopted the recommendations contained in magistrate judge Barry S. Seltzer's second Report & Recommendations [Dkt. 34], which advocated dismissing seven out of the Plaintiff's eight claims of employment discrimination focusing on race, color and sex, while intentionally omitting pertinent facts and misapplying the prevailing law to the benefit of the Defendant and its counsel.

The Plaintiff's Notice of Appeal also gave notice that she would also use Magistrate Judge Seltzer's third Report & Recommendation [Dkt. 70] to demonstrate the bias, prejudice and partiality of both federal judges and seek their disqualification from this case. Two days after the Plaintiff filed her Notice of Appeal, Judge Moreno issued his final decision on May 31, 2019, adopting the recommendations of Judge Seltzer and dismissing the Plaintiff's remaining claim of

age discrimination. [Dkt. 78]. Final Judgment was entered on the same day, [Dkt. 79], and the case was closed.

Dated: Lauderhill, Florida
June 7, 2019

Respectfully submitted,

By: /s/ Carolyn Hicks-Washington
Carolyn Hicks-Washington
*Pro Se* Litigant

3613 Lime Hill Road
Lauderhill, Florida 33319
(252) 673-0834
chickswashington@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2019, I filed the original foregoing with the Clerk of Court. I further certify that I e-mailed a copy of the foregoing document to the following:

J. Scott Kirk
Rumberger, Kirk & Caldwell
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Orlando, Florida 32801
skirk@rumberger.com
(Attorney for Defendant)

I further certify that I e-mailed a copy of the foregoing document to the following:

LaShawnda K. Jackson
ljackson@rumberger.com
(Attorney for Defendant)

*Carolyn Hicks-Washington*

CAROLYN HICKS-WASHINGTON
*Pro Se Litigant*
3613 Lime Hill Road
Lauderhill, Florida 33319
(252) 673-0834
chickswashington@gmail.com